# United States Bankruptcy Court
## Southern District of Ohio

| | | | |
|---|---|---|---|
| In re | Ray A Osburn, Jr.<br>Kaycie L Osburn | Case No. | **2:09-bk-64084** |
| | Debtor(s) | Chapter | **7** |

## Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-1098**

Joint Debtor's Social Security Number:  **xxx-xx-3126**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Ray A Osburn, Jr. and Kaycie L Osburn** |
| Street: | **795 Harwood Drive** |
| City, State and Zip: | **Columbus, OH 43228** |
| Telephone #: | |

**Please be advised that effective April 9, 2015,
my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Ray A Osburn, Jr. and Kaycie L Osburn** |
| Street: | **830 1st Street** |
| City, State and Zip: | **Merritt Island, FL 32953** |
| Telephone #: | |

/s/ **Ray A Osburn, Jr.**
**Ray A Osburn, Jr.**
Debtor

/s/ **Kaycie L Osburn**
**Kaycie L Osburn**
Joint Debtor